# UNITED STATES BANKRUPTCY COURT
## District of Delaware
## 824 Market Street, 3rd Floor
## Wilmington, DE 19801

**In Re:**
HRB Winddown, Inc. and Alan D. Halperin
    Debtor

_____

Alan D. Halperin

    Plaintiff

    vs.

PCM North America, LLC

    Defendant(s)

Bankruptcy Case No.: 19–12689–BLS

Bankruptcy Chapter: 11

Adv. Proc. No.: 21–51377–BLS

## JUDGMENT BY DEFAULT

On 1/10/23, default was entered against defendant(s) PCM North America, LLC. The plaintiff has requested entry of judgment by default, has filed an affidavit of the amount due, and has stated that this/these defendant(s) is/are not in the military service. Furthermore, it appears from the record that this/these defendant(s) is/are not an infant or incompetent person. Therefore, pursuant to Fed.R.Civ.P. 55(b)(1), as incorporated by Fed.R.Bankr.P. 7055, judgment is entered against this/these defendant(s) in favor of the plaintiff as follows:

Judgment is entered against defendant(s) PCM North America, LLC in the amount of $1,324,417.77 plus court filing costs in the amount of $350.00.

Date: 1/10/23

_Una O'Boyle_

Una O'Boyle, Clerk of Court

(VAN–433b)